IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **JOHN FLYNN,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civ. Action No. 05-0240 (RJL) |
| ) | |
| **ANGELUCCI BROS & SONS, INC.** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 9th day of September 2006, hereby

**ORDERED** that plaintiffs' Motion for Default Judgment [#6] is **GRANTED**; it is further

**ORDERED** that damages shall be paid to plaintiffs in the amount of $44,085.50 for delinquent contributions payable to the IPF and IMI for work performed in Local 4 & 5 NJ; it is further

**ORDERED** that damages shall be paid to plaintiffs in the amount of $5,771.50 for interest payable on the delinquent contributions due the IPF and IMI, calculated from the due date at the rate of 15 percent per annum; it is further

**ORDERED** that damages shall be paid to the plaintiffs in the amount of $10,708.00 for liquidated damages and/or additional computation of statutory interest, pursuant to ERISA § 502(g)(2)(C), assessed on delinquent contributions due the IPF and IMI; it is further



**ORDERED** that damages shall be paid to the plaintiffs in the amount of $2,030.78 for delinquent dues checkoff due the BAC for the work performed in Local 4 & 5 NJ; it is further

**ORDERED** that damages shall be paid to the plaintiffs in the amount of $756.35 for interest assessed on delinquent dues checkoff at the rate of 15 percent per annum; it is further

**ORDERED** that damages should be paid to the plaintiffs in the amount of $150.00 for the U.S. District Court filing fee; it is further

**ORDERED** that damages shall be paid to the plaintiffs in the amount of $351.85 for the service of process fee; it is further

**ORDERED** that damages shall be paid to the plaintiffs in the amount of $2,579.50 for attorney's fees; it is further

**ORDERED** that defendant is directed to submit all monthly reports and contributions that may come due plaintiffs subsequent to the filing of this Judgment; it is further

**ORDERED** that this Judgement is without prejudice to the right of plaintiffs to seek recovery of any past or future delinquencies, interest, damages, and reasonable attorney's fees and costs that may be owing to the plaintiffs from defendant; and it is further

**ORDERED** that defendant comply with its obligation to make timely and fully contributions to the IPF.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge